# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. CALDWELL,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>MATTHEW CATE, Secretary,<br><br>　　　　　　　　Respondent. | CASE NO. 11cv2885-MMA (DHB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**;<br><br>[Doc. No. 10]<br><br>**OVERRULING PETITIONER'S OBJECTIONS**;<br><br>[Doc. No. 11]<br><br>**DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner Marcus D. Caldwell, a state prisoner proceeding *pro se*, filed a First Amended Petition for Writ of Habeas Corpus pursuant to Title 28 of the United States Code, section 2254, challenging the state trial court's sentencing of Petitioner to a stipulated term of six years for one count of sale of cocaine base in violation of California Health & Safety Code § 11352(a) and one strike prior under California Penal Code § 667(b)-(I). *See* Doc. No. 4. Respondent filed an Answer to the First Amended Petition, contending the petition should be denied on both procedural and substantive grounds. *See* Doc. No. 6. Plaintiff filed a Traverse in response. *See* Doc. No. 8. The matter was referred to United States Magistrate Judge David H. Bartick for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), and Civil Local

Rule HC.2.  Judge Bartick has issued a well-reasoned and thorough Report recommending that the petition be denied as it is without merit.  *See* Doc. No. 10.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]."  28 U.S.C. § 636(b) (1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).

Having considered Petitioner's objections and conducted a *de novo* review of the pertinent portions of the record, the Court concludes that Judge Bartick issued an accurate report and well-reasoned recommendation that the instant petition be denied as lacking merit.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation is **ADOPTED** in its entirety.
2. Petitioner's First Amended Petition for Writ of Habeas Corpus is **DENIED.**
3. The Clerk of Court shall terminate this case and enter judgment in favor of Respondent.

**IT IS SO ORDERED**.

DATED: September 18, 2012

Hon. Michael M. Anello
United States District Judge